USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAX TOUHEY,

Plaintiff,

-v-

NEW YORK CITY MOVES TEAM LLC,

Defendant.

**ORDER**

26-CV-4869 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 30, 2026, an affirmation of service was filed indicating that Defendant was served with a copy of the summons and complaint on July 24, 2026. ECF No. 9. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's answer was due on August 14, 2026. To date, so far as the docket reflects, Defendant has not filed an answer. The deadline for Defendant to file an answer is extended *sua sponte* to **August 31, 2026.** If Defendant fails to respond to the complaint by this deadline, it will be in default. Plaintiff is directed to mail a copy of this order and the complaint to Defendant at the principal place of business listed in paragraph 8 of the complaint.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge