USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAX TOUHEY,

Plaintiff,

-v-

NEW YORK CITY MOVES TEAM LLC,

Defendant.

**ORDER**

26-CV-4869 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 30, 2026, an affirmation of service was filed indicating that Defendant was served with a copy of the summons and Complaint on July 24, 2026. ECF No. 9. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's answer was due on August 14, 2026. As Defendant did not file an answer by that date, on August 17, 2026, the undersigned *sua sponte* extended the deadline for Defendant to answer to August 31, 2026. ECF No. 10. To date, the docket reflects that Defendant has not appeared in this action nor responded to the Complaint.

Given Defendant's non-appearance since the affirmation of service was filed, if Plaintiff believes that he has effectuated service, then he should initiate default judgment proceedings in accordance with Federal Rules of Civil Procedure 55(a) and 55(b) and Local Civil Rules 55.1 and 55.2 by **September 22, 2026**. Alternatively, Plaintiff may submit a status letter by the same date, informing the Court as to

Plaintiff's litigation plan and whether he is still actively attempting to serve Defendant.

Failure to comply with this Order may result in a recommendation to Judge Ho that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

Plaintiff is directed to mail a copy of this Order, and, if he has not already done so, the order at ECF No. 10 and the Complaint, to Defendant at the principal place of business listed in paragraph 8 of the Complaint. Plaintiff shall file proof of service by **September 22, 2026**.

**SO ORDERED.**

Dated: September 1, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge